UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CESAR AUGUSTO RIOS BENAVIDES,

Petitioner,

v.

WARDEN, GOLDEN STATE ANNEX DETENTION FACILITY,

Respondent.

No. 1:26-cv-03601-DJC-SCR

ORDER

Petitioner filed a Petition for Writ of Habeas Corpus.  (ECF No. 1.)  Petitioner sought release from detention by ICE on the basis that the Government improperly imposed mandatory detention provisions on him.  Based on the information therein the Court ordered a response from Respondent.

Respondent has now informed the Court that Petitioner has been ordered removed and that the time for Petitioner to appeal that order has elapsed.  As such, Petitioner is Petitioner is no longer entitled to relief on the basis identified in the Petition as he is subject to mandatory detention under 8 U.S.C. § 1231.

1

Accordingly, Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED.[1]  The Clerk of Court is directed to close this action.  This Order resolves all pending Motions.

IT IS SO ORDERED.

Dated:    **May 15, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

---

[1] This Order does not preclude Petitioner from seeking relief on different grounds in a separate petition.